THE NONOTUCK SILK COMPANY, Appellee, *vs.* THE ADAMS EXPRESS COMPANY, Appellant.

*Opinion filed October 26, 1912—Rehearing denied Dec. 5, 1912.*

This case is controlled by the decision in *Nonotuck Silk Co.* v. *Adams Express Co.* (*ante,* p. 66.)

APPEAL from the Branch "B" Appellate Court for the First District;—heard in that court on writ of error to the Municipal Court of Chicago; the Hon. JOHN H. HUME, Judge, presiding.

CHARLES B. ELDER, for appellant.

BRODE B. DAVIS, for appellee.

Per CURIAM: This case is identical in its facts and the questions of law involved with the case of *Nonotuck Silk Co.* v. *Adams Express Co.* (*ante,* p. 66,) except that the value of the goods was $490.12, and the decision in that case is conclusive in this.

The judgment of the Appellate Court is affirmed.

*Judgment affirmed.*